UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE QUEZADA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HAMAKUA MACADAMIA NUT CO., INC.,<br><br>Defendant. | Case No. 1:20-cv-10465-ER<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Timothy J. Straub, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for defendant HAMAKUA MACADAMIA NUT CO., INC., and requests that copies of papers served in this action be served on the undersigned.

Dated:   New York, New York
         February 11, 2021

Respectfully submitted,

**DENTONS US LLP**

By: /s/ *Timothy J. Straub*
    Timothy J. Straub
    1221 Avenue of the Americas
    New York, New York 10020
    phone: (212) 768-6821
    e-mail: timothy.straub@dentons.com