大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

April 12, 2021

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is __x__ granted
> ___ denied
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J
> Dated: 4/12/2021
> New York, New York

Re:   Quezada v. Hamakua Macadamia Nut Co., Inc.: Case No. 1:20-cv-10465-ER

Dear Judge Ramos:

We represent defendant Hamakua Macadamia Nut Co., Inc. ("Defendant") in the above-referenced matter.  We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to the plaintiff's complaint from April 12, 2021 to May 12, 2021.

Plaintiff's counsel has consented to this extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding plaintiff's allegations.  There have been two prior extensions.

        Respectfully submitted,

        */s/ Timothy J. Straub*
        Timothy J. Straub

cc:   All counsel of record (by ECF)