**大成 DENTONS**

| | | |
|---|---|---|
| **Timothy J. Straub**<br>Managing Associate<br><br>timothy.straub@dentons.com<br>D   +1 212-768-6821 | | Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY  10020-1089<br>United States<br><br>大成  Salans FMC SNR Denton McKenna Long<br>dentons.com |

June 9, 2021

<u>**VIA ECF**</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Quezada v. Hamakua Macadamia Nut Co., Inc.*: Case No. 1:20-cv-10465-ER

Dear Judge Ramos:

We represent defendant Hamakua Macadamia Nut Co., Inc. ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Jose Quezada, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from June 9, 2021 to July 26, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)