UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA,

                Plaintiff,

– against –

HAMAKUA MACADAMIA NUT
COMPANY, INC.,

                Defendants.

**ORDER**

20 Civ. 10465 (ER)

Ramos, D.J.:

      The Court having been advised that the parties have reached a settlement in principle, it is ORDERED that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

      **Any application to reopen must be filed within forty-five (45) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next forty-five (45) days with a request that the agreement be "so ordered" by the Court.

It is SO ORDERED.

Dated:   June 10, 2021
            New York, New York

                                                                                          EDGARDO RAMOS, U.S.D.J.